# Exhibit A



**Tri-State Paper Co.**
149 e, church st.
Blackwood, NJ  08012
215-455-4506
215-455-4509

*Statement*

*Page 1 of 1*

*16-Nov-2023*

| Customer |
|---|
| JOHNNYS PIZZA |
| 717 KINGS HIGHWAY |
| |
| CHERRYHILL, NJ  08034 |

| Account# | Total Due | Current |
|---|---|---|
| 1761 | $7,378.35 | ($29.75) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $1,174.57 | $1,902.25 | $2,818.37 | $1,474.71 | $38.20 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2018377 | 3-Dec-21 | **3-Dec-21** | IN | $231.22 | **$38.20** | Delinquent | |
| 2032957 | 10-Aug-23 | **10-Aug-23** | IN | $1,474.71 | **$1,474.71** | Delinquent | |
| 2033168 | 23-Aug-23 | **23-Aug-23** | IN | $1,315.41 | **$1,315.41** | Delinquent | |
| 2033388 | 6-Sep-23 | **6-Sep-23** | IN | $1,502.96 | **$1,502.96** | Delinquent | |
| OP4223 | 11-Sep-23 | **11-Sep-23** | OP | ($29.75) | **($29.75)** | Credit | |
| 2033635 | 21-Sep-23 | **21-Sep-23** | IN | $1,902.25 | **$1,902.25** | Delinquent | |
| 2033821 | 5-Oct-23 | **5-Oct-23** | IN | $1,174.57 | **$1,174.57** | Delinquent | |