# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 23-0097 (PMM) |
| v. | : | |
| Johnny's Pizza of Cherry Hill, | : | |
| Defendant. | : | |

## ORDER VACATING ORDER

**AND NOW**, upon consideration of the duplicate Orders entered, it is hereby **ordered** that the Order entered at doc. #11 is **vacated**.

Date:  1/30/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE