*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>    Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>Johnny's Pizza of Cherry Hill Limited Liability Company<br>    Defendant | Adversary No. 23−00097−pmm |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

AND NOW, in accordance with Request for Entry of Default Judgment Declaration and Certificate of Service it is

ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff Tri−State Paper, Inc. and against Defendant, Johnny's Pizza of Cherry Hill Limited Liability Company in the amount of Seven Thousand Three Hundred Seventy Eight Dollars and Thirty Five Cents. ($7,378.35) plus court filing costs in the amount of Three Hundred Fifty Dollars. ($350.00), for a total of Seven Thousand Seven Hundred Twenty Eight Dollars and Thirty Five Cents ($7,728.35) sum certain.

Date: February 9, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court